IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>$93,040.00 IN UNITED STATES CURRENCY,<br><br>     Defendant. | 8:14CV83<br><br><br>JUDGMENT AND<br>DECREE OF FORFEITURE |

   This matter comes on before the Court upon the parties Stipulation and Request for Consent Decree of Forfeiture (Filing No. 17). Plaintiff is represented by David M. Wear, Special Assistant United States Attorney. Claimant Jeremy Wolfe is represented by Mark E. Rappl. Upon review of the record of this case, the Court, being duly advised in the premises, finds as follows:

   1.  A Complaint for Forfeiture *In Rem* was filed herein on March 14, 2014. A Warrant for Arrest *In Rem* was issued by this Court and was properly served on the Defendant property by the U.S. Marshals Service.

   2.  Publication of the notice of this action and of the arrest of the Defendant property was duly made pursuant to Order of this Court dated March 28, 2014 (Filing No. 8).

   3.  On May 14, 2014, the claimant, Jeremy Wolfe by and through his attorney, Mark E. Rappl, filed a Claim to the defendant property (Filing No. 12). On June 4, 2014, the claimant filed an Answer to the Complaint (Filing No. 13)

4. No other person or entity entitled to the Defendant property has filed a Claim or an Answer in response to Plaintiff's Complaint for Forfeiture *In Rem* within the time fixed by law.

5. On October 29, 2014, Plaintiff and the Claimant filed a Joint Stipulation for Consent Decree of Forfeiture, wherein the parties stipulated that a Decree of Forfeiture shall be entered in favor of the Plaintiff and the defendant property shall be deemed forfeited to the United States of America.

6. The parties' Joint Stipulation for Consent Decree of Forfeiture should therefore be granted.

IT IS ORDERED:

A. The parties' Joint Stipulation and Request for Consent Decree of Forfeiture (Filing No. 17) is granted;

B. All right, title and interest in or to the Defendant currency held by any person or entity is hereby forever barred and foreclosed.

C. The Defendant currency be and the same hereby is forfeited to the United States of America.

D. The Defendant currency shall be disposed of by the United States of America in accordance with law.

Dated this 30th day of October, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge